FILED

2022 Oct-24  PM 04:04
U.S. DISTRICT COURT
N.D. OF ALABAMA

### IN THE UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF ALABAMA EASTERN DIVISION

| | |
|---|---|
| **MICHELLE BAKER and** | |
| **CODY BERTA,** | ) |
| | ) |
| *Plaintiffs,* | ) |
| | ) |
| **v.** | ) **Civil Action No.: 1:22-CV-00980-CLM** |
| | ) |
| **FIAT CHRYSLER AUTOMOBILES US, LLC,** | ) |
| *et al.,* | ) |
| | ) |
| *Defendants.* | ) |

### CERTIFICATE OF SERVICE

**COMES NOW MICHELLE BAKER** ("Ms. Baker" or "Plaintiff Baker), **and CODY BERTA** ("Mr. Berta" or "Plaintiff Berta") (collectively "Plaintiffs), and respectfully submits to this Honorable Court that on the date stated below, Plaintiffs served upon Defendants the following:

1.   PLAINTIFFS' RESPONSES TO DEFENDANT FCA'S FIRST REQUEST FOR INTERROGATORIES; and

2.   PLAINTIFFS' RESPONSES TO DEFENDANT FCA'S FIRST REQUEST FOR PRODUCTION.

Respectfully submitted,

/s/ Coker B. Cleveland

Coker B. Cleveland (CLE040)
Attorney for Plaintiffs

1

**OF COUNSEL:**

CLEVELAND & MURPHY, LLC
Attorneys for Plaintiffs
2120 Leighton Avenue
Anniston, AL 36207
Telephone: 256.403-5317
Facsimile: 256.403-5388
Email: coker@modelcitylaw.com

## CERTIFICATE OF SERVICE

I hereby certify I have filed a Notice of Service of Discovery electronically and a copy of same with Plaintiffs' First Responses to Defendant's Interrogatories and Plaintiffs' First Responses to Defendants' Request for Production and placed same in the United States Mail to counsel listed below on this 24th day of October, 2022.

Thomas E. Bazemore, III, Esq.
Jennifer R. Egbe, Esq.
Stewart W. McCloud, Esq.
Attorneys for Defendant
HUIE, FERNAMBUCQ & STEWART, LLP
3291 US Highway 280, Suite 200
Birmingham, AL 35243

_/s/ Coker B. Cleveland_
OF COUNSEL