UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **MICHELLE BAKER**, *et al.*,<br>    Plaintiffs,<br><br>v.<br><br>**FIAT CHRYSLER**<br>**AUTOMOBILES US LLC,**<br>    Defendant. | Case No. 1:22-cv-980-CLM |

# ORDER

For the reasons stated in the accompanying memorandum opinion (doc. 25), the court **GRANTS** Defendant Fiat Chrysler Automobiles US LLC ("FCA")'s Motion for Summary Judgment as to Plaintiffs Michelle Baker and Cody Berta's Alabama Extended Manufacturer's Liability Doctrine claims, Count I (Defective Product Design Against FCA) and Count II (Manufacturing Defect against FCA) and as to Plaintiffs' Uniform Commercial Code claim, Count III (Breach of Warranty). (Doc. 15). The court **DENIES** FCA's Motion to Strike Plaintiffs' Exhibit A submitted in response to the Motion for Summary Judgment and **DENIES as MOOT** FCA's Motion to Strike Plaintiffs' Exhibits D, K, M, N, O, P, Q, R, and S submitted in response to the Motion for Summary Judgment. (Doc. 22).

The court **ENTERS JUDGMENT** in favor of Defendant Fiat Chrysler Automobiles US LLC and against Plaintiffs Michelle Baker and Cody Berta.

Costs taxed against Plaintiffs Michelle Baker and Cody Berta.

The court **DIRECTS** the Clerk to close this case.

**DONE** and **ORDERED** on January 8, 2024.

_____
**COREY L. MAZE**
UNITED STATES DISTRICT JUDGE